Read and Kelley Estate Services, LLC
PO Box 3111
N. Fort Myers, FL 33918

(239)731-2201
personalpropertyappraiser@yahoo.com
http://personalpropertyappraiser.net

# Invoice

| Date | Invoice # |
|---|---|
| 12/22/2012 | 8503 |

**Bill To**

Trustee, Robert Tardif
PO Box 2140
Fort Myers, FL 33902

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/19/2012 | Administration from service date to invoice date | 1 | 30.00 | 30.00 |
| 12/04/2012 | Apportioned travel | 0.9 | 30.00 | 27.00 |
| 12/04/2012 | On-site inspection | 0.6 | 60.00 | 36.00 |
| 12/22/2012 | Research & formal report preparation, from on-site date to invoice date | 1 | 60.00 | 60.00 |

Name: Jean R. and Mimose Brutus
Case No: 9-12-bk-14210-FMD

**Total** $153.00