UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BRUTUS, JEAN R § Case No. 9:12-bk-14210-FMD
BRUTUS, MIMOSE §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]         $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____[2], and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Robert E. Tardif Jr._____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-14210 | CED | Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
| Case Name: | BRUTUS, JEAN R | | | Date Filed (f) or Converted (c): | 09/18/12 (f) |
| | BRUTUS, MIMOSE | | | 341(a) Meeting Date: | 10/23/12 |
| For Period Ending: | 12/17/13 | | | Claims Bar Date: | 04/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD-21499 VOLTAIR AVENUE, PORT CHARLOTTE, FL | 237,000.00 | 0.00 | | 0.00 | FA |
| 2. 21490 MANATEE AVE., PORT CHARLOTTE, FL | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 23178 RYE AVE., PORT CHARLOTTE, FL | 84,519.00 | 0.00 | OA | 0.00 | FA |
| 4. 23160 ALLEN AVE., PORT CHARLOTTE, FL | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 5. CASH | 25.00 | 0.00 | | 0.00 | FA |
| 6. WELLS FARGO BANK-CHECKING & SAVINGS | 25.00 | 84.58 | | 84.58 | FA |
| 7. CHARLOTTE STATE BANK CHECKING ACCOUNT | 25.00 | 27.61 | | 27.61 | FA |
| 8. REGIONS BANK SAVINGS ACCOUNT | 100.00 | 5.00 | | 5.00 | FA |
| 9. REGIONS BANK CHECKING ACCOUNT HOH | 100.00 | 0.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS (bank fee of $157.30 added) 3% bank fee of $157.30 added to trustee value | 1,780.00 | 2,277.30 | | 2,277.30 | FA |
| 11. WEARING APPAREL | 200.00 | 185.00 | | 185.00 | FA |
| 12. WATCH | 20.00 | 20.00 | | 20.00 | FA |
| 13. CAMERA, BIKE, EXERCISE EQUIP, FISHING GEAR | 130.00 | 0.00 | | 0.00 | FA |
| 14. 401 K PLAN | 13,290.86 | 0.00 | | 0.00 | FA |
| 15. 401 K PLAN | 13,885.92 | 0.00 | | 0.00 | FA |
| 16. 2004 TOYOTA 4-RUNNER (Husband) | 5,890.00 | 2,801.28 | | 2,801.28 | FA |
| 17. 2009 TOYOTA CAMRY (Joint) | 11,750.00 | 0.00 | | 0.00 | FA |
| 18. 2012 TAX REFUND (9/12) (u) | 0.00 | 2,637.74 | | 3,517.00 | FA |
| TOTALS (Excluding Unknown Values) | $553,740.78 | $8,038.51 | | $8,917.77 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Case 9:12-bk-14210-FMD    Doc 47    Filed 01/13/14    Page 4 of 12

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-14210    CED    Judge: Caryl E. Delano | Trustee Name:    Robert E. Tardif Jr. |
| Case Name: | BRUTUS, JEAN R | Date Filed (f) or Converted (c):    09/18/12 (f) |
| | BRUTUS, MIMOSE | 341(a) Meeting Date:    10/23/12 |
| | | Claims Bar Date:    04/08/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

November 13, 2012 (RET) - Appointing appraiser.

November 15, 2012 (GAH) App to Employ sent to Joy Augustine.

Stip for $5,400.77 at $385.77 per mo. beginning 2/1/13 for 14 mos plus 9/12 of any 2012 tax refund.

January 11, 2013 (RET) - Signed payment stipulation.

March 06, 2013 (GAH) Received tax return.  Refund is $3,517.00.  No EIC.  Estate's portion is $2,637.74.

April 22, 2013 (BLK) - Cut check to Debtors for overpayment on tax refund (non-estate funds)

May 13, 2013 (RET) - Reviewed claims.

June 14, 2013 (GAH) All payments received.

July 09, 2013 (BLK) - Claims review previously completed.  Upon clearance of this final payment just made, will prepare case for TFR submission.

August 13, 2013 (RET) - Debtor recently completed payments.

Initial Projected Date of Final Report (TFR): 09/17/14        Current Projected Date of Final Report (TFR): 11/15/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 12-14210 -CED |
| Case Name: | BRUTUS, JEAN R |
| | BRUTUS, MIMOSE |
| Taxpayer ID No: | *******6540 |
| For Period Ending: | 12/17/13 |

| | |
|---|---|
| Trustee Name: | Robert E. Tardif Jr. |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0636 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/29/13 | * NOTE * | Jean Brutus | Payment on Overage | 1129-000 | 385.77 | | 385.77 |
| | | | * NOTE *  Properties 6, 7, 8, 11, 12, 16 | | | | |
| 02/26/13 | 16 | Jean Brutus | Payment on Overage | 1129-000 | 385.77 | | 771.54 |
| 03/26/13 | 16 | Jean Brutus | Payment on Overage | 1129-000 | 385.77 | | 1,157.31 |
| 04/12/13 | 18 | US Treasury | Tax refund | | 3,517.00 | | 4,674.31 |
| | | | $879.26 of this deposit is non-estate funds which will | | | | |
| | | | be refunded to the Debtor. | | | | |
| | | | Memo Amount:       879.26 | 1280-000 | | | |
| | | | Non-estate receipts | | | | |
| | | | Memo Amount:     2,637.74 | 1224-000 | | | |
| | | | Tax refund | | | | |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.24 | 4,673.07 |
| 04/22/13 | 001000 | JEAN R BRUTUS | Refund of overpayment on tax refund | 8500-002 | | 879.26 | 3,793.81 |
| | | MIMOSE BRUTUS | (non-estate funds) to Debtors | | | | |
| | | 21499 VOLTAIR AVE | | | | | |
| | | PORT CHARLOTTE, FL  33954 | | | | | |
| 04/22/13 | 001001 | Joy Augustine, Appraiser | Payment of Appraiser for Trustee | 3711-000 | | 153.00 | 3,640.81 |
| | | Read & Kelley | in accordance with Order Authorizing Payment | | | | |
| | | Post Office Box 3111 | entered 3/28/13 | | | | |
| | | North Fort Myers, FL 33918 | Invoice No. 8503 | | | | |
| 04/25/13 | 16 | Jean Brutus | Payment on Overage | 1129-000 | 385.77 | | 4,026.58 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,016.58 |
| 05/22/13 | 16 | Jean Brutus | Payment on Overage | 1129-000 | 385.77 | | 4,402.35 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,392.35 |
| 06/14/13 | 10, 16 | Jean Brutus | Payment on Overage | 1129-000 | 3,471.92 | | 7,864.27 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,854.27 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.67 | 7,842.60 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.65 | 7,830.95 |
| | | | Page Subtotals | | 8,917.77 | 1,086.82 | |

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.04b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 12-14210 -CED | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | BRUTUS, JEAN R | Bank Name: | BANK OF KANSAS CITY |
| | BRUTUS, MIMOSE | Account Number / CD #: | *******0636 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6540 | | |
| For Period Ending: | 12/17/13 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.26 | 7,819.69 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.62 | 7,808.07 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.23 | 7,796.84 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 3,517.00 | COLUMN TOTALS | | 8,917.77 | 1,120.93 | 7,796.84 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 8,917.77 | 1,120.93 | |
| Memo Allocation Net: | 3,517.00 | Less: Payments to Debtors | | | 879.26 | |
| | | Net | | 8,917.77 | 241.67 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 3,517.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********0636 | | 8,917.77 | 241.67 | 7,796.84 |
| Total Memo Allocation Net: | 3,517.00 | | | 8,917.77 | 241.67 | 7,796.84 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  34.11

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.04b

| Page 1 | | PROPOSED DISTRIBUTION | | | Date: December 17, 2013 | |
|---|---|---|---|---|---|---|

Case Number: 12-14210  
Debtor Name: BRUTUS, JEAN R

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 07-1A 050 4210-00 | Capital Bank<br>12195 Metro Parkway<br>Ste 6<br>Fort Myers, FL 33966 | Secured | Filed 02/05/13 | $9,812.46 | $0.00 | $9,812.46 |
| | Subtotal For Claim Type 4210-00 Personal Prop & Intang - | | | $9,812.46 | $0.00 | $9,812.46 |
| 01-1 070 7100-00 | Medical Anesthesia and Pain MG<br>PO Box 1180<br>Fort Myers, FL 33902-1180 | Unsecured | Filed 01/16/13 | $724.66 | $0.00 | $724.66 |
| 02-1 070 7100-00 | Quantum3 Group LLC as agent for CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 01/24/13<br>Scheduled as Charlotte Regional | $257.06 | $0.00 | $257.06 |
| 03-1 070 7100-00 | Quantum3 Group LLC as agent for CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 01/24/13<br>Scheduled as Peace River | $4,806.07 | $0.00 | $4,806.07 |
| 04-1 070 7100-00 | Quantum3 Group LLC as agent for CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 01/24/13 | $128.70 | $0.00 | $128.70 |
| 05-1 070 7100-00 | Quantum3 Group LLC as agent for CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 01/24/13 | $1,032.90 | $0.00 | $1,032.90 |
| 06-1 070 7100-00 | Quantum3 Group LLC as agent for CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 01/24/13 | $60.74 | $0.00 | $60.74 |
| 07-1B 070 7100-00 | Capital Bank<br>12195 Metro Parkway<br>Ste 6<br>Fort Myers, FL 33966 | Unsecured | Filed 02/15/13 | $1,225.73 | $0.00 | $1,225.73 |
| 08-1 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Filed 02/26/13<br>Scheduled as GE Money | $518.99 | $0.00 | $518.99 |
| 09-2 070 7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 04/14/13 | $6,151.09 | $0.00 | $6,151.09 |

| Page 2 | | PROPOSED DISTRIBUTION | | | Date: December 17, 2013 |

Case Number: 12-14210　　　　　　　　　　　　Claim Type Sequence
Debtor Name: BRUTUS, JEAN R

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10-1 070 7100-00 | American InfoSource LP as agent for Lee Memorial Health System PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | Filed 03/18/13 | $1,807.00 | $0.00 | $1,807.00 |
| 11-1 070 7100-00 | American InfoSource LP as agent for Asset Acceptance as assignee of CAPITAL ONE BANK PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | Filed 03/27/13 | $3,017.54 | $0.00 | $3,017.54 |
| 12-1 070 7100-00 | American InfoSource LP as agent for Asset Acceptance as assignee of BANK OF AMERICA PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | Filed 03/27/13 | $17,472.03 | $0.00 | $17,472.03 |
| 15-1 070 7100-00 | Suncoast Schools FCU PO Box 11904 Tampa, FL 33680 | Unsecured | Filed 04/08/13 | $19,561.66 | $0.00 | $19,561.66 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $56,764.17 | $0.00 | $56,764.17 |
| 13-1 070 7100-90 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | Filed 04/04/13 | $1,032.83 | $0.00 | $1,032.83 |
| 14-1 070 7100-90 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | Filed 04/04/13 Scheduled as Bank of America | $6,080.48 | $0.00 | $6,080.48 |
| | Subtotal For Claim Type 7100-90  Payments to Unsecured Credit | | | $7,113.31 | $0.00 | $7,113.31 |
| 16-1 080 7200-00 | United Consumer Financial Services Bass & Associates, P.C. 3936 E. Ft. Lowell, Suite 200 Tucson, AZ 85712 | Unsecured | Filed 12/10/13 Kirby account Late-filed claim.  No objection necessary | $773.71 | $0.00 | $773.71 |
| | Subtotal For Claim Type 7200-00  Tardy General Unsecured 726(a)(3) | | | $773.71 | $0.00 | $773.71 |
| | Case Totals: | | | $74,463.65 | $0.00 | $74,463.65 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9:12-bk-14210-FMD
Case Name: BRUTUS, JEAN R
           BRUTUS, MIMOSE
Trustee Name: Robert E. Tardif Jr.

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 07-1A | Capital Bank | $ | $ | $ | $ |

Total to be paid to secured creditors                              $_____

Remaining Balance                                                  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert E. Tardif Jr. | $ | $ | $ |
| Trustee Expenses: Robert E. Tardif Jr. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses             $_____

Remaining Balance                                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01-1 | Medical Anesthesia and | $ | $ | $ |
| 02-1 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 03-1 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 04-1 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 05-1 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 06-1 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 08-1 | Capital Recovery V, LLC | $ | $ | $ |
| 09-2 | GE Capital Retail Bank | $ | $ | $ |
| 10-1 | American InfoSource LP as agent for | $ | $ | $ |
| 11-1 | American InfoSource LP as agent for | $ | $ | $ |
| 12-1 | American InfoSource LP as agent for | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13-1 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 14-1 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 15-1 | Suncoast Schools FCU | $ | $ | $ |
| 07-1B | Capital Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____


Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16-1 | United Consumer Financial Services | $ | $ | $ |

Total to be paid to tardy general unsecured creditors      $_____

Remaining Balance      $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE